# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID W. LINDER,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>　　　　　　　　Defendant. | Case No. 2:10-cv-01216-KJD-PAL<br><br>**ORDER**<br><br>(IFP App - Dkt. #5) |

　　　　This matter is before the court on Plaintiffs' Application to Proceed *In Forma Pauperis* (Dkt. #1) filed on August 6, 2010. The Application is an outdated version of the application currently used by the court. Not only that, but also Plaintiff states that he is employed by United States Prison Terre Haute; however he does not state the amount of his take-home wages. Moreover, Plaintiff states that he has received gifts or inheritances within the last twelve months, but he has not stated the amount(s) he received, the source of the funds, or the amount(s) he expects to receive in the future. Lastly, Plaintiff has not included a financial certificate signed by an authorized official at USP Terre Haute. As a result, the court cannot determine (a) whether Plaintiff qualifies to proceed *in forma pauperis*; and (b) what Plainitff' initial payment toward the $350.00 filing fee is.

　　　　Accordingly,

　　　　**IT IS ORDERED:**

　　　　1.　　　The Clerk of the Court shall send Plaintiff a blank application form for *pro se* litigants who are incarcerated.

/ / /

/ / /

2. Plaintiff shall fully complete the Application to Proceed *in Forma Pauperis*, accompanied by a signed financial certificate within **thirty days** of the date on which this Order is entered.

3. Alternatively, Plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars, accompanied by a copy of this Order.

4. Failure to comply will result in a recommendation to the District Judge for dismissal of this action.

Dated this 24th day of September, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE